## Commonwealth *v.* Crutchley, Appellant.

Argued

March 18, 1971. *David E. Auerbach,* Assistant Public Defender, for appellant; *Vram Nedurian, Jr.,* Assistant District Attorney, with him *Ralph B. D'Iorio* and *J. Harold Hughes,* Assistant District Attorneys, and *Stephen J. McEwen, Jr.,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

HOFFMAN, J., absent.